# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JAMIE MCARTHUR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No: 4:19-CV-03337-SEP |
| | ) |
| WEST CLAIMS RECOVERY | ) |
| SERVICES, LLC d/b/a ACCENT COST | ) |
| CONTAINMENT SOLUTIONS, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM

Plaintiff Jamie McArthur, through her counsel of record, advises the Court that the parties have reached a settlement of the above-referenced case. Plaintiff requests that the case be passed for settlement, and that the Court vacate all pending deadlines.

**BUTSCH ROBERTS & ASSOCIATES LLC**

By: /s/ Christopher E. Roberts
David T. Butsch #37539MO
Christopher E. Roberts #61895MO
231 South Bemiston Ave., Suite 260
Clayton, MO 63105
(314) 863-5700 (telephone)
(314) 863-5711 (fax)
butsch@butschroberts.com
roberts@butschroberts.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2020, a copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

/s/ Christopher E. Roberts