**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**,

| | |
|---|---|
| JAMIE MCARTHUR, ) <br> ) <br> ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> WEST CLAIMS RECOVERY SERVICES, INC., ) <br> ) <br>     Defendants. ) | Cause No. 4:19CV3337(SEP) |

**ORDER**

The Court having been advised by counsel for all parties that the above action has been settled:

**IT IS HEREBY ORDERED** that all pending motions are denied without prejudice.

**IT IS FURTHER ORDERED** that counsel shall file within sixty (60) days from the date of this Order, a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment. Failure to timely comply with this Order shall result in the dismissal of this action with prejudice.

Dated this 18th day of February, 2020

*/s/ Sarah E. Pitlyk*
UNITED STATES DISTRICT JUDGE